**Fill in this information to identify the case:**

Debtor name | Kern River Holdings Inc.

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Camden Financial Services c/o Alan J. Kessel Pepper Hamilton LLP 4 Park Plaza, Suite 1200 Irvine, CA 92614 | | Professional services | Contingent Disputed | | | $4,162,000.00 |
| BP Energy Company 501 Westlake Park Blvd Houston, TX 77079 | | October gas purchases | Subject to Setoff | | | $556,796.75 |
| James Shannon P.O. BOX 333 Ilwaco, WA 98624 | | Mineral interest owner | | | | $253,743.23 |
| Key Energy Services P.O. Box 4649 Houston, TX 77210-4649 | | Vendor | | | | $241,813.48 |
| California Department of Conservation Division of Oil Gas & Geothermal Resourc 801 K Street MS 18-05 Sacramento, CA 95814-3530 | | Government | | | | $227,986.35 |
| Bolles Well Service 4008 Shawn Street Bakersfield, CA 93312 | | Vendor | | | | $225,474.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mark Sheffield Construction Inc. 9105 Langley Road Bakersfield, CA 93312 | | Vendor | | | | $167,172.79 |
| APT General Engineering Inc. P.O. Box 2124 Bakersfield, CA 93303 | | Vendor | | | | $96,488.12 |
| Midas Pump & Supply P.O. Box 81677 Bakersfield, CA 93380 | | Vendor | | | | $92,564.98 |
| GeoGuidance Drilling Services P.O. Box 42647 Bakersfield, CA 93384 | | Vendor | | | | $89,786.50 |
| MMI Services Inc. 4042 Patton Way Bakersfield, CA 93308 | | Vendor | | | | $59,580.90 |
| San Joaquin Bit Service P.O. Box 40186 Bakersfield, CA 93384 | | Vendor | | | | $55,357.90 |
| Darrell Thompson Tank & Construction Inc P.O. Box 5788 Bakersfield, CA 93388 | | Vendor | | | | $49,154.45 |
| Michael Amundsen, Trustee 2990 Dogwood Circle Saint George, UT 84790 | | Mineral interest owner | | | | $47,016.97 |
| CaliforniaChoice c/o Benefit Administrators P.O. Box 7088 Orange, CA 92863-7088 | | Insurance | | | | $46,839.24 |
| TRB Oilfield Services Inc. P.O. Box 82276 Bakersfield, CA 93380 | | Vendor | | | | $45,323.57 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Kern River Holdings Inc.** _____   Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Petrol Production Supply 11000 Brimhall Road, Suite E-52 Bakersfield, CA 93389 | | Vendor | | | | $43,409.13 |
| B J Inc California Corporation 4101 Union Avenue Bakersfield, CA 93305 | | Mineral interest owner | | | | $42,818.02 |
| J Aron & Company LLC c/o Tax Department (Federal) 200 West Street New York, NY 10282 | | Interest rate hedge | | | | $37,781.31 |
| Kings Oil Tools Inc. 2235 Spring Street Paso Robles, CA 93446 | | Vendor | | | | $37,520.66 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy